**Order entered October 25, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00979-CV

### BELL HELICOPTER TEXTRON, INC., Appellant

### V.

### SHIRLEY DICKSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BILLY DICKSON, DECEASED, RANDALL C. DICKSON, DARYL W. DICKSON, DEANA K. BOAZ KIZER, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05995-D**

## ORDER

Before the Court is appellant's October 23, 2017 second unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 15, 2017. We caution appellant that further extension requests will be disfavored.

/s/     CRAIG STODDART
JUSTICE